UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SUZAN M. LOGAN, | * |
| Plaintiff | * |
| v. | *   Civil Action No.: AMD-02-3871 |
| LEDO PIZZA SYSTEM, INC. et al. | * |
| Defendants | * |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendants file this Stipulation of Dismissal With Prejudice under Federal Rule of Civil Procedure 41(a)(1)(ii).

1.  Pursuant to the April 6, 2003 Settlement Agreement and General Release, the parties, by their undersigned attorneys, stipulate and agree that this case is hereby dismissed with prejudice.

|  | Respectfully submitted: |
|---|---|
| _____/s/_____ | _____/s/_____ |
| Linda Hitt Thatcher, Bar No. 05039 | Susan Stobbart Shapiro, Bar No. 025072 |
| THATCHER LAW FIRM, LLC | COUNCIL, BARADEL |
| Inglewood Office Centre 1 | 125 West Street, 4th floor |
| 9200 Basil Court, Suite 216 | P.O. Box 2289 |
| Largo, Maryland 20774 | Annapolis, Maryland 21404-2289 |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANTS |
|  | KIRSTEN, INC. and PAUL SELLERS, III |
|  | (signed copy of document bearing signature |
|  | of Susan Stobbart Shapiro is being |
|  | maintained in office of Thatcher Law Firm) |

_____/s/_____
John P. Lynch, Bar No. 07433
MCNAMEE, HOSEA
6411 Ivy Lane, Suite 200
Greenbelt, Maryland 20770
COUNSEL FOR DEFENDANT
LEDO PIZZA SYSTEM, INC.
(signed copy of document bearing signature of John P.
Lynch is being maintained in office of Thatcher Law Firm)

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| SUZAN M. LOGAN, | * | |
| Plaintiff | * | |
| v. | * | Civil Action No.: AMD-02-3871 |
| LEDO PIZZA SYSTEM, INC. et al. | * | |
| Defendants | * | |

### CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2003 a copy of Stipulation of Dismissal with Prejudice, which was electronically filed in this case on April 15, 2003, was mailed via first class mail, postage prepaid, to John P. Lynch, Esq. at 6411 Ivy Lane, Suite 200 Greenbelt, Maryland 20770.

/s/
Linda Hitt Thatcher, Bar No. 05039
THATCHER LAW FIRM, LLC
Inglewood Office Centre 1
9200 Basil Court, Suite 216
Largo, Maryland 20774
(301) 925 – 1600
(301) 925 – 1603 (fax)
COUNSEL FOR PLAINTIFF